**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 03-6524**

———————

DAVID J. WILLIAMS,

                                    Plaintiff - Appellant,

        versus

STATE OF NORTH CAROLINA; WAKE COUNTY; ROBERT
L. FARMER, Presiding Judge of Wake County;
DISTRICT ATTORNEY, of Wake County; ROY COOPER,
Attorney General of North Carolina,

                                    Defendants - Appellees.

———————

Appeal from the United States District Court for the Eastern
District of North Carolina, at Raleigh.  Terrence W. Boyle, Chief
District Judge.  (CA-03-182-5-BO)

———————

Submitted:  June 12, 2003            Decided:  June 18, 2003

———————

Before WIDENER, LUTTIG, and SHEDD, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

David J. Williams, Appellant Pro Se.

———————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

David J. Williams appeals the district court's judgment dismissing his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Williams v. North Carolina, No. CA-03-182-5-BO (E.D.N.C. Mar. 18, 2003). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2